IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STUDIO PEYO S.A., <br><br> Plaintiff, <br> v. <br><br> DONGGUAN AI CHENG TOYS CO., LTD, et al. <br><br> Defendants. | Case No. 20-cv-01562 <br><br> **Judge Sharon Johnson Coleman** <br><br> **Magistrate Judge Sidney I. Schenkier** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Studio Peyo S.A. ("Studio Peyo" or "Plaintiff") hereby dismisses this action, with leave to reinstate within one hundred and eighty (180) days, as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Rongzhan Retailer | 26 |
| USA TOYFORU storefront | 27 |

Dated this 19h day of June 2020.

Respectfully submitted,

/s/ Jake M. Christensen
Amy C. Ziegler
Justin R. Gaudio
Jake M. Christensen
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jchristensen@gbc.law

*Counsel for Plaintiff Studio Peyo S.A.*
.