IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STUDIO PEYO S.A., <br><br> Plaintiff, <br> v. <br><br> DONGGUAN AI CHENG TOYS CO., LTD, et al. <br><br> Defendants. | Case No. 20-cv-01562 <br><br> **Judge Sharon Johnson Coleman** <br><br> **Magistrate Judge Sidney I. Schenkier** |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on June 30, 2020 [49], in favor of Plaintiff Studio Peyo S.A.'s ("Studio Peyo" or "Plaintiff') and against the Defendants Identified in Schedule A in the amount of five hundred thousand dollars ($500,000) per Defaulting Defendant for willful use of counterfeit Studio Peyo Trademarks in connection with the offer for sale and/or sale of products through at least the Online Marketplaces, and Studio Peyo acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| ZorluteksHome Store | 25 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

1

| | |
|---|---|
| Dated this 15th day of July 2020. | Respectfully submitted, |

/s/ Jake M. Christensen
Amy C. Ziegler
Justin R. Gaudio
Jake M. Christensen
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jchristensen@gbc.law

*Counsel for Plaintiff Studio Peyo S.A.*
.